# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **DEREKA HARVEY,** | * | |
| Plaintiff, | * | |
| v. | * | Civil Case No.: 20-cv-02860-SAG |
| **JAI MEDICAL CENTER,** | * | |
| Defendant. | * | |

## ORDER OF JUDGMENT

For the reasons stated in the accompanying memorandum opinion, it is this 5th day of October, 2021, ORDERED that Jail Medical Center's Motion for Summary Judgment, ECF 20, will be GRANTED as to all claims. Judgment is entered in favor of Jai Medical Center against Plaintiff.

/s/
Stephanie A. Gallagher
United States District Judge